IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-cv-00128-M

| | |
|---|---|
| KENNETH E. FRENCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| HONORABLE JASON C. DISBROW, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Plaintiff's Pro Se Motion for Reconsideration of the Final Judgment [DE 18]. The Fourth Circuit has recognized three grounds for altering or amending an earlier judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure: "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." *Sloas v. CSX Transp., Inc.*, 616 F.3d 380, 385 n.2 (4th Cir. 2010) (quoting *Hutchinson v. Staton*, 994 F.2d 1076, 1081 (4th Cir. 1993)). The Plaintiff's motion does not invoke any of these three grounds for reconsideration nor does it satisfy them. The Plaintiff argues the judgment should be reconsidered because the Defendant was acting beyond his authority under the law and he is therefore being sued in his individual capacity. [DE 18]. The court's January 7, 2022 order sufficiently addressed Defendant's arguments. [DE 16]. For the reasons stated herein and in the court's January 7, 2022 order, Plaintiff's motion is DENIED.

SO ORDERED this 14th day of March, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE